**No. P67/424.**—S. Hiller & Co. *v.* United States, protest 66/34124 (New York).

LANDIS, J.    In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of disc tumbler padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 30, 1967

**No. P67/425.**—The Rembar Co., Inc. *v.* United States, protests 61/83, etc. (New York).

RAO, C. J.    In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of trays (boats) similar in all material respects to those the subject of *The Rembar Co., Inc.* v. *United States* (57 Cust. Ct. 239, C.D. 2774), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 30, 1967

**No. P67/426.**—International Artware Corp. *v.* United States, protests 66/18482, etc. (Cleveland).

LANDIS, J.    In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.